**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONKIA OBERFRANZ, | Case No. CV-18-9953-R |
| Plaintiff(s), | |
| | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| v. | |
| PARAMOUNT PICTURES, et al., | |
| Defendant(s). | |

Plaintiff was ordered to show cause in writing by not later than **May 1, 2019** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: May 14, 2019

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE